Trust Company of Chicago, Administrator of Estate of Elizabeth Palmer Smith, Deceased, and Jason Paige, Executor of Estate of Carrie E. Paige, Deceased et al., Appellants, v. City of Chicago et al. Appellees.

Gen. No. 42,962.

Heard in the third division, first district, this court at the December term, 1943; opinion filed November 7, 1945; rehearing denied November 26, 1945; released for publication November 27, 1945. Weightstill Woods, for appellants; Clarence N. Boord, Benjamin Franklin Langworthy, George A. Mason, Lawrence C. Mills, Horace Russell and William D. Wollesen, of counsel; Barnet Hodes, Corporation Counsel, for appellees; J. Herzl Segal, Assistant Corporation Counsel, of counsel. Opinion by JUSTICE LEWE. Not to be published in full.